648

No. 384. SIMONS ET AL., EXECUTORS, *v.* NEW YORK LIFE INSURANCE CO. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. W. B. Grant* for petitioners. *Mr. F. H. Nash* for respondent.

No. 389. HUNTINGTON NATIONAL BANK ET AL. *v.* HOENIG, COUNTY TREASURER. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John Welk Peck* for petitioners. *Messrs. Robert J. Odell, Clarence D. Laylin,* and *Donald J. Hoskin* for respondent.

No. 396. DUBILIER CONDENSER CORP. ET AL. *v.* RADIO CORPORATION. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied because of failure to file the petition within the time prescribed by the statute. *Mr. Clifton V. Edwards* for petitioners. *Mr. Charles Neave* for respondent.

No. 332. McDONNELL ET AL. *v.* UNITED STATES. October 24, 1932. Petition for writ of certiorari to the Court of Claims denied. *Mr. Robert Ash* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, H. Brian Holland,* and *Erwin N. Griswold* for the United States.

No. 338. CURTISS ET AL. *v.* UNITED STATES. October 24, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Melville Church, William H.*

*White, Jr.,* and *C. P. Des Jardine* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, Henry C. Workman,* and *Bradley B. Gilman* for the United States.

No. 362. DAVIS ET AL. *v.* NORTH CAROLINA. October 24, 1932. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Messrs. Robert R. Williams, Albert L. Cox,* and *Clyde R. Hoey* for petitioners. *Mr. Dennis G. Brummitt* for respondent.

No. 372. GOETZ *v.* UNITED STATES. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Daniel M. Dever* for petitioner. *Solicitor General Thacher* and *Messrs. Paul D. Miller, Harry S. Ridgely,* and *Erwin N. Griswold* for the United States.

No. 383. REDERI ET AL. *v.* WILLIAM WRIGLEY, JR., & Co. ET AL. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John D. Grace* for petitioners. *Messrs. T. Catesby Jones* and *Henry P. Dart, Jr.,* for respondents.

No. 385. FRISCHER & Co., INC., ET AL. *v.* ELTING. October 24, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Meyer Kraushaar* for petitioners. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and